Case 4:21-cv-01659  Document 15  Filed on 09/17/21 in TXSD  Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 17, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Kamisha Goodwin, on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Premiere Credit of North America, LLC, et al.<br><br>    Defendants. | Case No. 4:21-cv-001659 |

### ORDER ON STIPULATION OF DISMISSAL

Plaintiff Kamisha Goodwin and Defendants Premiere Credit of North America, LLC et al having filed their Stipulation of Dismissal (Dkt Entry No. 14), and this Court having reviewed the same, it is hereby ORDERED that the the stipulation is approved. This case is dismissed with prejudice as to Plaintiff's claims. Each party shall bear its own attorney's fees and costs.

Dated: September 17, 2021

_____
Gray H. Miller
Senior U. S. District Judge

1